# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PAu 3-663-305

**Effective date of
registration:**

February 4, 2013

---

## Title

**Title of Work:** THE NECESSARY DEATH OF CHARLIE COUNTRYMAN

**Nature of Work:** MOTION PICTURE

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** COUNTRYMAN NEVADA, LLC

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** COUNTRYMAN NEVADA, LLC

6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

## Limitation of copyright claim

**Material excluded from this claim:** A SCREENPLAY

**Previously registered:** Yes

**Previous registration and year:** TXu 1-808-502   2012

**New material included in claim:** ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL
EFFECTS, DIALOGUE, ETC

## Certification

**Name:** NICOLAS CHARTIER

**Date:** January 23, 2013

Page 1 of 1

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 67.175.237.162 | 1/20/14 08:22:19 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Huntley |
| 2 | 24.15.192.40 | 1/20/14 06:11:54 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Great Lakes |
| 3 | 67.184.255.17 | 1/20/14 09:39:00 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 4 | 24.14.113.103 | 1/20/14 07:09:09 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Barrington |
| 5 | 76.16.209.59 | 1/20/14 06:45:22 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 6 | 98.226.173.36 | 1/20/14 05:28:50 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Park Ridge |
| 7 | 67.173.149.14 | 1/20/14 05:02:02 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Huntley |
| 8 | 98.226.119.185 | 1/20/14 04:43:33 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Rockford |
| 9 | 71.239.192.6 | 1/19/14 10:22:19 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Dolton |
| 10 | 50.178.109.135 | 1/19/14 09:52:38 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Bridgeview |
| 11 | 24.15.137.17 | 1/19/14 01:04:53 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Bolingbrook |
| 12 | 98.226.205.154 | 1/19/14 05:02:35 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Justice |
| 13 | 50.179.141.157 | 1/19/14 04:28:06 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Worth |
| 14 | 50.179.215.172 | 1/19/14 02:34:16 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Oak Lawn |
| 15 | 67.186.83.67 | 1/19/14 02:30:16 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Orland Park |
| 16 | 50.141.193.195 | 1/19/14 02:00:08 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 17 | 67.163.77.232 | 1/19/14 12:24:03 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Orland Park |
| 18 | 50.179.245.57 | 1/19/14 12:24:01 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Zion |
| 19 | 98.227.90.218 | 1/18/14 11:36:13 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Machesney Park |
| 20 | 67.165.175.137 | 1/18/14 11:28:16 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 21 | 98.206.163.186 | 1/18/14 08:28:25 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 22 | 24.15.65.131 | 1/18/14 07:41:39 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Winnetka |
| 23 | 71.201.193.188 | 1/18/14 06:40:08 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Rockford |
| 24 | 76.29.22.84 | 1/18/14 06:34:58 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Niles |
| 25 | 71.239.228.37 | 1/18/14 06:32:10 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Romeoville |
| 26 | 98.213.153.71 | 1/18/14 05:54:37 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Rockford |
| 27 | 71.239.35.3 | 1/18/14 03:27:27 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Waukegan |
| 28 | 67.162.58.134 | 1/18/14 01:04:20 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Elgin |
| 29 | 67.165.191.4 | 1/18/14 04:46:18 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Great Lakes |
| 30 | 50.179.50.222 | 1/18/14 04:01:02 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Glendale Heights |
| 31 | 73.50.29.111 | 1/18/14 02:37:58 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Burbank |
| 32 | 71.239.190.42 | 1/18/14 02:21:38 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Gurnee |
| 33 | 50.140.131.92 | 1/18/14 01:00:23 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Glendale Heights |
| 34 | 67.184.227.214 | 1/17/14 11:56:01 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Aurora |
| 35 | 67.175.64.62 | 1/17/14 11:49:20 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 36 | 71.201.35.241 | 1/17/14 11:01:11 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 37 | 24.14.217.24 | 1/17/14 06:42:08 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | New Lenox |
| 38 | 76.16.66.160 | 1/17/14 04:31:30 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Highland Park |
| 39 | 76.29.82.152 | 1/17/14 10:48:53 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Lombard |
| 40 | 67.176.197.126 | 1/17/14 09:38:45 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 41 | 50.172.209.68 | 1/17/14 09:21:39 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Waukegan |
| 42 | 50.151.183.200 | 1/17/14 09:01:35 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Plainfield |
| 43 | 67.184.244.105 | 1/17/14 08:47:30 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Rockford |
| 44 | 67.165.180.16 | 1/17/14 08:14:23 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 45 | 67.173.168.177 | 1/17/14 08:12:32 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 46 | 68.115.16.177 | 1/17/14 06:59:35 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Charter Communications | Illinois | Rockton |
| 47 | 67.173.5.147 | 1/17/14 05:41:48 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 48 | 67.175.105.152 | 1/17/14 03:02:32 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Oak Lawn |

Charlie Countryman-1DE95C-1-51.xls

| 49 | 24.15.133.185 | 1/17/14 02:44:04 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Bolingbrook |
| 50 | 98.213.61.204 | 1/17/14 01:44:09 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Sterling |
| 51 | 98.206.230.200 | 1/17/14 01:28:27 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Willowbrook |